[No. 12764-8-III.    Division Three.    May 31, 1994.]

*In the Matter of the Marriage of* HELEN T. SMITH, *Respondent, and* ELWYN L. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 85-3-00039-1, Albert J. Yencopal, J., entered

October 1, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.